# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1687. VICTORIA CHRISTIAN RUSSELL v. ROBERT W. RUSSELL.**

In this civil action arising under the Family Violence Act, OCGA § 19-13-1 et seq., the trial court entered a "Stalking Three Year/Permanent Protective Order" on April 6, 2023. Respondent Victoria Christian Russell then filed a notice of appeal on May 26, 2023, seeking appellate review of the April 6 order.[1] We lack jurisdiction for several reasons.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Victoria Christian Russell's notice of appeal is untimely, as it was filed 50 days after entry of the order.

Moreover, appeals of orders in domestic relations cases – including actions arising under the Family Violence Act – must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Victoria Christian Russell's failure to follow the required appellate procedure deprives us of jurisdiction.

---

[1] It appears that Victoria Christian Russell filed a motion to set aside the April 6 order. However, the record does not contain a ruling on that motion.

Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/10/2023
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*